UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THOMAS C. AUSTIN, | : | CIVIL CASE NO. |
| | : | |
| Plaintiff, | : | 3:17-cv-01306-MPS |
| | : | |
| VS. | : | |
| | : | |
| CITY OF BRIDGEPORT, | : | |
| | : | |
| Defendant. | : | MAY 27, 2020 |

## JOINT STATUS REPORT

Please accept this Status Report as a statement of the current status of the parties' settlement in this case. The undersigned presented the settlement to the Miscellaneous Affairs Committee sitting in Executive Session on April 27, 2020. It is the understanding of the undersigned counsel for Defendant that the Executive Session approved the settlement on April 27, 2020. It will be sent to the full City Council for its approval in June.

Done at Stratford and Bridgeport, Connecticut, this 27th day of May, 2020.

        By: /s/ Robert B. Mitchell
            Robert B. Mitchell (ct02662)
            Jessica A. Slippen (ct25765)
            Mitchell & Sheahan, P.C.
            999 Oronoque Lane, Suite 203
            Stratford, CT 06614
            (203) 873-0240
            Fax: (203) 873-0235

            *Counsel for Defendant, City of Bridgeport*

By:     */s/Thomas W. Bucci*
    Thomas W. Bucci
    Willinger, Willinger & Bucci, P.C.
    855 Main Street Bridgeport, Ct 06604
    (203) 366-3939
    Fax: (203) 337-4588
    TBucci@wwblaw.com

*Counsel for Plaintiff, Thomas C. Austin*

**CERTIFICATION**

    I hereby certify that on May 27, 2020, a copy of the foregoing Joint Status report was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

                                        */s/ Robert B. Mitchell*
                                        Robert B. Mitchell (ct02662)